UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A. CD.,

              Plaintiff,

      v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et al.,

             Defendants.

Case No. 26-cv-00613-WHO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-06580, *A.L. v United States*.

**IT IS SO ORDERED.**

Dated: January 22, 2026

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California